BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDERJEET SINGH JOHL,<br><br>　　　　　Defendant. | No. 2:09-CR-240 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:　May 10, 2010<br>Time:　10:00 a.m.<br>Court: Frank C. Damrell, Jr. |

　　　It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Inderjeet Singh Johl, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for May 10, 2010, at 10:00 a.m., for possible change of plea shall be continued to June 1, 2010, at 10:00 a.m.; and (2) time from the date of this stipulation, May 7, 2010, through, and including, the date of the new status conference on June 1, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (defense

1

1 counsel preparation).  The continuance requested herein is to
2 allow additional time for defense counsel to meet and discuss
3 with his client the pre-plea presentence report very recently
4 provided by the United States Probation Office on May 5, 2010,
5 and a written plea offer to be made by the United States.

7 Dated:  May 7, 2010                /s/ Brian McGinity
                                    _____
8                                   BRIAN McGINITY
                                    Attorney for defendant
9                                   Inderjeet Singh Johl
                                    (per telephone authorization)

11 Dated:  May 7, 2010                BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY

                                            /s/ Samuel Wong
13                                  By:  _____
                                    SAMUEL WONG
14                                  Assistant U.S. Attorney
/ / /

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial.  The Court also finds the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, to explain the pre-plea presentence report and written plea offer to his client.  It is ordered that the time from the date of the parties' stipulation, May 7, 2010, to and including June 1, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (defense counsel preparation).

It is further ordered that the May 10, 2010, status conference shall be continued until June 1, 2010, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE