LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
INDERJEET SINGH JOHL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>                                    )<br>INDERJEET SINGH JOHL,               )<br>                                    )<br>            Defendant.              )<br>_____) | No. 2:09-cr-00240 KJM<br><br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT<br>AND SENTENCING SCHEDULE<br><br><br>Date:  May 5, 2011<br>Time:  10:00 a.m.<br>Judge: Honorable Kimberly J. Mueller |

    The United States of America, through Assistant U.S. Attorney Samuel Wong, and defendant Inderjeet Singh Johl, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

    1.  Defendant Inderjeet Singh Johl's judgment and sentencing is currently set for Thursday, May 5, 2011 at 10:00 a.m. before United States District Court Judge Kimberly J. Mueller.

    2.  The government and defense counsel agree that a continuance of the judgment and sentencing is necessary for the parties to fully develop issues relating to the sentencing in this case. Probation Officer Lynda M. Moore concurs in this request.

    3.  After conferencing the matter, the parties stipulate and request that the following proposed Judgment and Sentencing schedule be ordered:

    Judgment and Sentencing is continued to Thursday, September 8, 2011 at 10:00 a.m.
    Reply or Statement of Non-Opposition filed by September 1, 2011.
    Formal Objections to the Final Presentence Report filed by August 25, 2011.
    Final Presentence Report filed with the Court and disclosed to counsel by August 18, 2011.
    Informal Objections to draft Presentence Report filed with Probation by August 11, 2011.

4. Courtroom Deputy Clerk Casey Schultz has confirmed the Court is available for the requested sentencing date of September 8, 2011.

5. Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: May 2, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> /s/ Samuel Wong<br>SAMUEL WONG<br>Assistant United States Attorney |
| DATED: May 2, 2011 | LAW OFFICES OF SCOTT L. TEDMON<br><br> /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant<br>INDERJEET SINGH JOHL |

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, the Court adopts the proposed Judgment and Sentencing schedule. Accordingly,

IT IS ORDERED:

Judgment and Sentencing is continued to Thursday, September 8, 2011 at 10:00 a.m.
Reply or Statement of Non-Opposition filed by September 1, 2011.
Formal Objections to the Final Presentence Report filed by August 25, 2011.
Final Presentence Report filed with the Court and disclosed to counsel by August 18, 2011.
Informal Objections to draft Presentence Report filed with Probation by August 11, 2011.

**IT IS SO ORDERED.**

DATED: May 3, 2011.

_____
UNITED STATES DISTRICT JUDGE