LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
INDERJEET SINGH JOHL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> INDERJEET SINGH JOHL, ) <br> ) <br> Defendant. ) <br> _____ ) | Cr. No. S-09-00240 KJM <br><br> STIPULATION AND ORDER <br> CONTINUING JUDGMENT <br> AND SENTENCING SCHEDULE <br><br><br> Date:   September 8, 2011 <br> Time:  10:00 a.m. <br> Judge: Honorable Kimberly J. Mueller |

The United States of America, through Assistant U.S. Attorney Samuel Wong, and defendant Inderjeet Singh Johl, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1.  Defendant Inderjeet Singh Johl's judgment and sentencing is currently set for Thursday, September 8, 2011 at 10:00 a.m. before United States District Court Judge Kimberly J. Mueller.

2.  The government and defense counsel agree that a continuance of the judgment and sentencing is necessary for the parties to fully develop issues relating to the sentencing in this case. Probation Officer Lynda M. Moore concurs in this request.

3.  After conferencing the matter, the parties stipulate and request that the following proposed Judgment and Sentencing schedule be ordered:

    Judgment and Sentencing is continued to Thursday, January 12, 2012 at 10:00 a.m.
    Reply or Statement of Non-Opposition filed by January 5, 2012.
    Formal Objections to the Final Presentence Report filed by December 29, 2011.
    Final Presentence Report filed with Court and disclosed to counsel by December 22, 2011.
    Informal Objections to draft Presentence Report filed with Probation by December 15, 2011.

- 1 -

1    4.  Courtroom Deputy Clerk Judy Streeter has confirmed the Court is available for the requested sentencing date of January 12, 2012.

5.  Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: August 17, 2011        BENJAMIN B. WAGNER
                              United States Attorney

                               /s/ Samuel Wong
                              SAMUEL WONG
                              Assistant United States Attorney

DATED: August 17, 2011        LAW OFFICES OF SCOTT L. TEDMON

                               /s/ Scott L. Tedmon
                              SCOTT L. TEDMON
                              Attorney for Defendant
                              INDERJEET SINGH JOHL

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, the Court adopts the proposed Judgment and Sentencing schedule.  Accordingly,

IT IS ORDERED:

Judgment and Sentencing is continued to Thursday, January 12, 2012 at 10:00 a.m.

Reply or Statement of Non-Opposition filed by January 5, 2012.

Formal Objections to the Final Presentence Report filed by December 29, 2011.

Final Presentence Report filed with Court and disclosed to counsel by December 22, 2011.

Informal Objections to draft Presentence Report filed with Probation by December 15, 2011.

**IT IS SO ORDERED.**

DATED:  August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE